UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| GAYLE LACHOWICZ, | |
| Plaintiff, | Case No. 2:18-cv-00954-NJ |
| v. | Honorable Magistrate Judge Nancy Joseph |
| GREAT LAKE SPECIALTY FINANCE, INC. d/b/a CHECK 'N GO, d/b/a AXCESS FINANCIAL, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, GAYLE LACHOWICZ ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, GREAT LAKE SPECIALTY FINANCE, INC. d/b/a CHECK 'N GO, d/b/a AXCESS FINANCIAL, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: October 19, 2018

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Eastern District of Wisconsin
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630)575-8181 x113

Fax: (630)575-8188
nvolheim@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim